# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kristen Raeth Koestler,

        Plaintiff,

  v.                                     **ORDER**
                                              Civil No. 06-4536 ADM/JSM

CashCall, Inc., and Kenneth Lee
Koestler, its agent and employee,

        Defendants.

---

Thomas J. Lyons, Jr., Esq., Lyons Law Firm, P.A., Vadnais Heights, MN, on behalf of Plaintiff.

Terrance J. Wagener, Esq., Krass Monroe, P.A., Minneapolis, MN, on behalf of Defendant CashCall, Inc.

---

      On March 21, 2007, this Court granted Defendant CashCall, Inc.'s Motion to Dismiss [Docket No. 2] for lack of personal jurisdiction. Order [Docket No. 15]. Subsequent to the granting of CashCall's Motion, the parties discovered that CashCall has an appointed agent for service in Minnesota. Consequently, CashCall withdraws its Motion to Dismiss for lack of personal jurisdiction, and the parties request that the Court vacate its March 21, 2007 Order. Stipulation [Docket No. 16]. The parties' request is **GRANTED**. The Court's March 21, 2007 Order [Docket No. 15] granting CashCall's Motion to Dismiss for lack of personal jurisdiction is **VACATED**.

                                                                                         BY THE COURT:


                                                                         s/Ann D. Montgomery
                                                                    ANN D. MONTGOMERY
                                                                    U.S. DISTRICT JUDGE

Dated: April 13, 2007.